UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER BALLIN,

       *Plaintiff,*

v.

ADMIN RECOVERY, LLC

       *Defendant.*

STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS

Civil Action No. 11-cv-01055(S)

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and Rule 2104 of the NY C.P.L.R., it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: June 27, 2012            DATED: July 12, 2012

**WARREN LAW GROUP, P.C.**        **HISCOCK & BARCLAY, LLP**

By: /s/ Bruce K. Warren           By: /s/ John P. Gaughan
    Bruce K. Warren                John P. Gaughan

*Attorneys for Plaintiff*             *Attorneys for Defendant*
57 Cooper Street                1100 M&T Center
Woodbury, NJ 08096             Three Fountain Plaza
Telephone: (856) 848-4572          Buffalo, NY 14203
                         Telephone: (716) 566-1300

6134512.2